**DISMISS; and Opinion Filed July 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00983-CV

**MEREDITH HICKS-CAPLETON DBA GEMSTONE MANAGEMENT AND CONSULTING, LLC, Appellants**

**V.**

**DESOTO CHAMBER OF COMMERCE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05372-D**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

Before the Court is appellee's June 19, 2015 motion to dismiss this appeal for want of prosecution. Our records show that both the clerk's and the reporter's records in this case are overdue. By order dated January 15, 2015, the Court granted appellants' second motion to extend time to pay for the records and ordered appellants to provide proof of payment or arrangements to pay for the clerk's and reporter's records within thirty days. To date, neither the clerk's nor the reporter's record have been filed, appellants have not provided the required proof of payment or arrangements to pay for the records, and appellants have not responded to appellee's motion to dismiss for want of prosecution or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we grant appellee's motion and dismiss this appeal for want of prosecution.

*See* TEX. R. APP. P. 42.3.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

140983F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MEREDITH HICKS-CAPLETON DBA
GEMSTONE MANAGEMENT AND
CONSULTING, LLC, Appellants

No. 05-14-00983-CV     V.

DESOTO CHAMBER OF COMMERCE,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-05372-D.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DESOTO CHAMBER OF COMMERCE recover its costs of this appeal from appellants MEREDITH HICKS-CAPLETON DBA GEMSTONE MANAGEMENT AND CONSULTING, LLC.

Judgment entered this 6th day of July, 2015.